UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES HENRY FLOURNOY, P00154293,<br>Plaintiff,<br>v.<br>MARIN COUNTY SHERIFF'S DEP'T, et al.,<br>Defendant(s). | Case No. 23-cv-05297-CRB  (PR)<br><br>**ORDER OF DISMISSAL** |

On April 2, 2024, the court screened plaintiff's pro se complaint under 42 U.S.C. § 1983 claiming denial of his right of access to the courts and/or to petition the government for redress and dismissed it with leave to amend to set forth specific facts sufficient to state a viable claim of violation of the right of access to the courts and/or to petition the government for redress, if possible.  The court warned plaintiff that "[f]ailure to file a proper amended complaint within the designated time will result in the dismissal of this action." ECF No. 4 at 4.  Plaintiff sought an extension of time to amend.

On April 23, 2024, the court granted in part plaintiff's motion for an extension of time and gave him until June 3, 2024 to prepare and file an amended complaint.  The court again warned plaintiff that "failure to file a proper amended complaint within the designated time – June 3, 2024 – will result in the dismissal of this action." ECF No. 7 at 2.  Plaintiff sought a second extension of time to amend.

On June 12, 2024, the court granted in part plaintiff's second motion for an extension of time and gave him until July 19, 2024 to prepare and file an amended complaint.  The court warned plaintiff that "[n]o further extensions of time will be granted." ECF No. 10 at 1.  Plaintiff sought a third extension of time.

On July 25, 2024, the court, "[i]n an abundance of caution," granted plaintiff "a third and final extension of time until August 30, 2024 to prepare and file an amended complaint." ECF No. 13 at 1.  It again warned plaintiff that this "action will be dismissed if plaintiff does not file a proper amended complaint by August 30, 2024." Id.

Nearly a month after plaintiff's August 30, 2024 deadline expired, plaintiff's still has not filed an amended complaint.  This action accordingly is DISMISSED under the authority of 28 U.S.C. § 1915A(b) for failure to state a claim upon which relief may be granted.

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: September 20, 2024

_____
CHARLES R. BREYER
United States District Judge