UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JAMES HENRY FLOURNOY, P00154293,

           Plaintiff,

   v.

MARIN COUNTY SHERIFF'S DEP'T, et al.,

           Defendant(s).

Case No. 23-cv-05297-CRB  (PR)

**ORDER OF DISMISSAL WITHOUT PREJUDICE**

On March 31, 2025, the post office returned the court's mail to plaintiff as undeliverable and unable to forward. <u>See</u> ECF No. 19. Because more than 60 days have passed since the court's mail to plaintiff was returned as undeliverable, and the court has received no written communication from plaintiff in this case indicating a current address, the case is DISMISSED without prejudice pursuant to Local Rule 3-11(b).

The clerk is instructed to close the case and terminate all pending motions as moot.

**IT IS SO ORDERED**.

Dated: June 3, 2025

_____

CHARLES R. BREYER
United States District Judge